UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MOTIVA ENTERPRISES LLC, | : | C.A. No.: |
|     Plaintiff, | : | |
| v. | : | |
| | : | |
| LAKEVIEW AUTO CARE INC. and | : | |
| MATTHEW D. HERMAN, | : | OCTOBER 19, 2004 |
|     Defendants. | : | |

*FILED IN CLERK'S OFFICE*
*2004 OCT 20  A 11: 54*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

*04 CV 12194 DPW*

## CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF, MOTIVA ENTERPRISES LLC

Pursuant to Local Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, the Plaintiff, Motiva Enterprises LLC, hereby makes the following disclosure:

1. Motiva Enterprises LLC is a Delaware Limited Liability Company with its principal place of business in Texas.

2. SOPC Holdings East LLC and TMR Company together own a fifty (50%) interest in Motiva.

3. SOPC Holdings East LLC and TMR Company are each directly or indirectly owned by Shell Oil Company.

4. Saudi Refining, Inc. also owns a fifty (50%) interest in Motiva.

PLAINTIFF,
MOTIVA ENTERPRISES LLC,

_____
Gregg P. Goumas (BBO#643661)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(tel) (860) 251-5000
(fax) (860) 251-5219
Ggoumas@goodwin.com

### CERTIFICATE OF SERVICE

I, Gregg P. Goumas, hereby certify that on this 19th day of October, 2004, I served a copy of the foregoing pleading on all parties to this action by mailing same, via First Class Mail, postage prepaid, to the following:

| | |
|---|---|
| Mark W. Manning | Matthew D. Herman |
| Burns & Levinson LLP | Lakeview Auto Care, Inc. |
| 125 Summer Street | 1050 Washington Street |
| Boston, MA 02110 | Braintree, MA 02184 |

Signed under the pains and penalties of perjury.

_____
Gregg P. Goumas

384203 v.01 S3