AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern  District of  Massachusetts

Motiva Enterprises LLC

V.

Lakeview Auto Care Inc. and
Matthew D. Herman

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 CV 12194 DPW**

TO: (Name and address of Defendant)

Lakeview Auto Care, Inc.
1050 Washington Street
Braintree, MA  02184

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregg P. Goumas
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

10-20-04

CLERK                                              DATE

(By) DEPUTY CLERK

............ Department ............ P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787

I hereby certify and return that on 10/21/2004 at 3:30PM I served a true and attested copy of the summons and verified complaint, application for Preliminary injunction, order to show cause, memorandum & corporate disclosure in this action in the following manner: To wit, by delivering in hand to mICHAEL sHERIDAN, CLERK AND AGENT, person in charge at the time of service for Lakeview Auto Care, Inc., at, 1050 Washington Street, Braintree, MA 02184. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($0.92), Travel ($7.68) Total Charges $45.10

Deputy Sheriff William M Blake

                                                                Deputy Sheriff