UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MOTIVA ENTERPRISES LLC, | : | C.A. No.: 04-CV-12194 DPW |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LAKEVIEW AUTO CARE INC. and | : | |
| MATTHEW D. HERMAN, | : | OCTOBER 19, 2004 |
| Defendants. | : | |

**MOTION FOR ADMISSION PRO HAC VICE
OF PAUL D. SANSON AND ALEXANDRA M. MCHUGH**

The undersigned, a member of the bar of this District, hereby moves for the admission

pro hac vice of Paul D. Sanson ("Attorney Sanson") and Alexandra M. McHugh ("Attorney

McHugh") of Shipman & Goodwin LLP in the above-captioned proceeding to represent

Motiva Enterprises LLC, pursuant to Rule 83.5.3(b) of the Local Civil Rules of the United

States District Court for the District of Massachusetts (the "Local Civil Rules").

As detailed in the Affidavit of Paul D. Sanson, annexed hereto as Exhibit A, Attorney

Sanson is a member in good standing of the bar of the State of Connecticut, as well as the bars

of the United States Court of Appeals for the Second Circuit and the United States District

Court for the District of Connecticut. The attached Affidavit also establishes that Attorney

Sanson has not been denied admission or been disciplined by this Court or by any other Court.

As detailed in the Affidavit of Alexandra M. McHugh, annexed hereto as Exhibit B,

Attorney McHugh is a member in good standing of the bar of the State of Connecticut, as well

as the United States District Court for the District of Connecticut. The attached Affidavit also

establishes that Attorney McHugh has not been denied admission or been disciplined by this

Court or by any other Court. Pursuant to the Local Civil Rules, a $100 filing fee covering

Attorneys Sanson and McHugh's admissions has been tendered to the Clerk with the filing of

this Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an order

permitting Paul D. Sanson and Alexandra M. McHugh to represent Motiva Enterprises LLC in

the above-captioned action.

Dated: October 18, 2004

PLAINTIFF,
MOTIVA ENTERPRISES, LLC


Gregg P. Goumas (BBO #643661)
SHIPMAN & GOODWIN LLP
One Constitution Plaza
Hartford, CT 06103-1919
(tel) (860) 251-5000
(fax) (860) 251-5219
Ggoumas@goodwin.com


## CERTIFICATE OF SERVICE

I, Gregg P. Goumas, hereby certify that on this 20th day of October, 2004, I served a
copy of the foregoing motion on all parties to this action by mailing same, via First Class Mail,
postage prepaid, to the following:

| Mark W. Manning | Matthew D. Herman |
| --- | --- |
| Burns & Levinson LLP | Lakeview Auto Care, Inc. |
| 125 Summer Street | 1050 Washington Street |
| Boston, MA 02110 | Braintree, MA 02184 |

Signed under the pains and penalties of perjury.


Gregg P. Goumas


384203 v.01 S4