# BURNS & LEVINSON LLP

125 SUMMER STREET BOSTON, MA 02110
T 617.345.3000  F 617.345.3299
WWW.BURNSLEV.COM

HANNAH H. MARSDALE
617-345-3501
HMARSDALER@BURNSLEV.COM

November 4, 2004

**BY HAND**

Michelle Rynne
Clerk
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02210

    RE:    *Motiva Enterprise LLC v. Lakeview Auto Care, Inc. et al.*
            *Civ. No. 04-CV-12194*

Dear Ms. Rynne:

Enclosed please find Defendants' Motion to Continue Hearing on Application for Preliminary Injunction and Order to Show Cause from Friday, November 5, at 9:00 a.m. to November 16, at 9:30 a.m. Per voice mails and telephone calls with Attorneys Alan Lipkind and Alexandra McHugh earlier today, you have graciously granted us an alternative date to hear Plaintiff's Application for Preliminary Injunction.

Upon receipt of this letter, kindly call me at the above-listed number to confirm that the hearing has been taken off the court's docket for tomorrow morning.

Very truly yours,

Hannah H. Marsdale

HHM/st
Enclosure

cc:    Gregg P. Goumas, Esq.
       Alexandra McCue, Esq.
       Alan E. Lipkind, Esq.
       Mark W. Manning, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOTIVA ENTERPRISES LLC,<br>Plaintiff,<br><br>v.<br><br>LAKEVIEW AUTO CARE, INC. and<br>MATTHEW D. HERMAN,<br>Defendants. | C.A. No. 04-CV-12194-DPW |

## MOTION TO CONTINUE HEARING ON APPLICATION
## FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE

Defendant Lakeview Auto Care, Inc. and Defendant Matthew D. Herman ("Defendants") hereby move the Court to continue the Hearing on Application for Preliminary Injunction and Order to Show Cause from its present date of November 5, 2004, at 9:00 a.m. to November 16, 2004 at 9:30 a.m. As grounds for this Motion, Defendants state that:

1.  The parties have reached an agreement in principle and are in the process of finalizing a settlement agreement.

2.  Plaintiff Motiva Enterprises LLC does not object to such continuance.

**WHEREFORE**, Defendant Lakeview Auto Care, Inc. and Defendant Matthew D. Herman pray that this Court continue the Hearing on Application for Preliminary Injunction and Order to Show Cause of this matter from November 5, 2004 to November 16, 2004, at 9:30 a.m.

Respectfully submitted,

LAKEVIEW AUTO CARE, INC. and
MATTHEW B. HERMAN,
By their attorneys,

_____
Alan E. Lipkind (BBO #547938)
Hannah H. Marsdale (BBO #647210)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: November 4, 2004

## CERTIFICATE OF SERVICE

I, Hannah H. Marsdale, hereby certify that on this 4th day of November, 2004, I served copy of the foregoing pleading on counsel for the Plaintiff by facsimile and first class mail, postage prepaid, to the following:

Gregg P. Goumas
Alexandra M. McHugh
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

_____
Hannah H. Marsdale

00882725

2