UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOTIVA ENTERPRISES LLC,<br>    Plaintiff,<br>v.<br><br>LAKEVIEW AUTO CARE INC. and<br>MATTHEW D. HERMAN,<br>    Defendants. | C.A. No. 04-CV-12194 DPW<br><br>OCTOBER 27, 2004 |

FILED IN CLERKS OFFICE

U.S. DISTRICT COURT
DISTRICT OF MASS.

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## MOTION FOR ADMISSION PRO HAC VICE OF MARK K. OSTROWSKI

The undersigned, a member of the bar of this District, hereby moves for the admission pro hac vice of Mark K. Ostrowski ("Attorney Ostrowski") of Shipman & Goodwin LLP, in addition to any other admissions already on file, in the above-captioned proceeding to represent Motiva Enterprises LLC, pursuant to Rule 83.5.3(b) of the Local Civil Rules of the United States District Court for the District of Massachusetts (the "Local Civil Rules").

As detailed in the Affidavit of Mark K. Ostrowski, annexed hereto as Exhibit A, Attorney Ostrowski is a member in good standing of the bar of the State of Connecticut, as well as the United States District Court for the District of Connecticut. The attached Affidavit also establishes that Attorney Ostrowski has not been denied admission or been disciplined by this Court or by any other Court.

Pursuant to the Local Civil Rules, a $50 filing fee covering Attorney Ostowski's admission has been tendered to the Clerk with the filing of this Motion.

WHEREFORE, the undersigned respectfully requests that this Court enter an order permitting Mark K. Ostrowski to represent Motiva Enterprises LLC in the above-captioned action.

Dated:  October 27, 2004

                                                **PLAINTIFF,**
                                                **MOTIVA ENTERPRISES, LLC**

                                                Gregg P. Goumas (BBO #643661)
                                                SHIPMAN & GOODWIN LLP
                                                One Constitution Plaza
                                                Hartford, CT 06103-1919
                                                (tel) (860) 251-5000
                                                (fax) (860) 251-5219
                                                Ggoumas@goodwin.com

## CERTIFICATE OF SERVICE

I, Gregg P. Goumas, hereby certify that on this 27th day of October, 2004, I served a copy of the foregoing motion on all parties to this action by mailing same, via First Class Mail, postage prepaid, to the following:

Mark W. Manning
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

       Signed under the pains and penalties of perjury.

                                                  Gregg P. Goumas

384203 v.01 S10