UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

| | | |
|---|---|---|
| MOTIVA ENTERPRISES LLC, | : | C.A. No.: 04-CV-12194 DPW |
| Plaintiff, | : | |
| v. | : | 2004 OCT 28 A 11: 31 |
| | : | U.S. DISTRICT COURT |
| LAKEVIEW AUTO CARE INC. and | : | DISTRICT OF MASS. |
| MATTHEW D. HERMAN, | : | OCTOBER 27, 2004 |
| Defendants. | : | |

## AFFIDAVIT OF MARK K. OSTROWSKI
## IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Mark K. Ostowski, being duly sworn, deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I submit this Affidavit in support of the Motion for Admission Pro Hac Vice filed by the Plaintiff, Motiva Enterprises LLC, in the above-captioned matter.

3. I am an attorney in good standing and eligible to practice law before the courts of the State of Connecticut, as well as the United States District Court for the District of Connecticut.

4. I am a partner with the law firm of Shipman & Goodwin LLP.

5. My office is located at One Constitution Plaza, Hartford, Connecticut, 06103.

6. I have never been denied admission to nor disciplined by any court.

7. I am familiar with the local rules of the District of Massachusetts.

8. All of the above is true to my knowledge and if I am called to testify to the above I could do so competently.

Signed under the pains and penalties of perjury, this 27th day of October, 2004.

_____
Mark K. Ostrowski

384203 v.01 S11