UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 NOV -4  P 4: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A. No. 04-CV-12194-DPW

MOTIVA ENTERPRISES LLC,
    Plaintiff,

v.

LAKEVIEW AUTO CARE, INC. and
MATTHEW D. HERMAN,
    Defendants.

## MOTION TO CONTINUE HEARING ON APPLICATION FOR PRELIMINARY INJUNCTION AND ORDER TO SHOW CAUSE

Defendant Lakeview Auto Care, Inc. and Defendant Matthew D. Herman ("Defendants") hereby move the Court to continue the Hearing on Application for Preliminary Injunction and Order to Show Cause from its present date of November 5, 2004, at 9:00 a.m. to November 16, 2004 at 9:30 a.m. As grounds for this Motion, Defendants state that:

1. The parties have reached an agreement in principle and are in the process of finalizing a settlement agreement.

2. Plaintiff Motiva Enterprises LLC does not object to such continuance.

**WHEREFORE**, Defendant Lakeview Auto Care, Inc. and Defendant Matthew D. Herman pray that this Court continue the Hearing on Application for Preliminary Injunction and Order to Show Cause of this matter from November 5, 2004 to November 16, 2004, at 9:30 a.m.

Respectfully submitted,

LAKEVIEW AUTO CARE, INC. and
MATTHEW B. HERMAN,
By their attorneys,

/s/ Alan E. Lipkind

Alan E. Lipkind (BBO #547938)
Hannah H. Marsdale (BBO #647210)
BURNS & LEVINSON LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000

Dated: November 4, 2004

### CERTIFICATE OF SERVICE

I, Hannah H. Marsdale, hereby certify that on this 4th day of November, 2004, I served copy of the foregoing pleading on counsel for the Plaintiff by facsimile and first class mail, postage prepaid, to the following:

Gregg P. Goumas
Alexandra M. McHugh
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

/s/ Hannah H. Marsdale

Hannah H. Marsdale

00882725

2