AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

Motiva Enterprises LLC

V.

Lakeview Auto Care Inc. and
Matthew D. Herman

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04 CV 12194 DPW**

TO: (Name and address of Defendant)

Matthew D. Herman
Lakeview Auto Care, Inc.
1050 Washington Street
Braintree, MA  02184

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregg P. Goumas
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 508-580-2110
*Plymouth, ss.*

November 2, 2004

I hereby certify and return that on 10/23/2004 at 12:10 pm I served a true and attested copy of the summons, verified complaint, civil action cover sheet, exhibits, application for preliminary injunction and order to show cause, memorandum in support of application for preliminary injunction and order to show cause, and corporate disclosure statement in this action in the following manner: To wit, by delivering in hand to Matthew D. Herman at Lakeview Auto Care, Inc., 101 Colonel Hunt Drive, Abington, MA 02351. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Deputy Time Spent ($37.00), Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($12.80) Total Charges $87.30

Deputy Sheriff Robert P. Green

*Deputy Sheriff*

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date                     *Signature of Server*

                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.