UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MOTIVA ENTERPRISES LLC, | : | C.A. No.: 04-CV-12194 DPW |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| LAKEVIEW AUTO CARE INC. and | : | |
| MATTHEW D. HERMAN, | : | NOVEMBER 15, 2004 |
| Defendants. | : | |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff Motiva Enterprises LLC ("Motiva") hereby voluntarily dismisses the above-captioned action, initiated on Motiva's Verified Complaint dated October 19, 2004, with prejudice and without costs to either party.

PLAINTIFF,
MOTIVA ENTERPRISES LLC,

*Alexandra M McHugh*
Mark K. Ostrowski
Alexandra M. McHugh
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(tel) (860) 251-5000
(fax) (860) 251-5219
amchugh@@goodwin.com
Its Attorneys

-2-

## CERTIFICATE OF SERVICE

I, Alexandra M. McHugh, hereby certify that on this 15th day of November, 2004, I served a copy of the foregoing Notice of Voluntary Dismissal via facsimile and First Class Mail, postage prepaid, to the following:

Mark W. Manning, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110

*Alexandra M. McHugh*
Alexandra M. McHugh

384203 v.01 S15